OPINION — AG — WHERE THE LEGISLATURE AUTHORIZES A CITY OR MUNICIPALITY TO PURCHASE LIABILITY INSURANCE PURSUANT TO THE TERMS OF 11 O.S. 1975 Supp., 16.4 [11-16.4], GOVERNMENTAL IMMUNITY FROM TORT LIABILITY IS WAIVED TO THE EXTENT OF THE INSURANCE COVERAGE PURCHASED, REGARDLESS OF WHETHER THE ACT GIVING RISE OF THE CLAIM WAS PERFORMED IN CONNECTION WITH A GOVERNMENTAL OR PROPRIETARY FUNCTION. CITE: 11 O.S. 1975 Supp., 16.4 [11-16.4] (PAUL C. DUNCAN)